**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2164**

_____

JOAN WOJCIECHOWSKI,

                                        Plaintiff - Appellant,

        versus

BELL ATLANTIC NETWORK SERVICES, INCORPORATED;
BELL ATLANTIC MARYLAND, INCORPORATED; HOLLY
FRY; THERESA BECK; LINDA PABST,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-99-
3733-L)

_____

Submitted:  March 27, 2002          Decided:  May 29, 2002

_____

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robin R. Cockey, COCKEY, BRENNAN & MALONEY, P.C., Salisbury,
Maryland, for Appellant. R. Michael Smith, DECHERT, PRICE & RHOADS,
Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joan Wojciechowski appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wojciechowski v. Bell Atlantic Network Servs., Inc.</u>, No. CA-99-3766-L (D. Md. Aug. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>